**IT IS ORDERED as set forth below:**



**Date: December 7, 2016**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: | } CHAPTER 13 |
| GEORGE EDWARD HUGHES, JR. | } |
| | } CASE NO. R16-40349-MGD |
| | } |
| DEBTOR(S) | } JUDGE DIEHL |
| _____ | } |
| | } |
| MARY IDA TOWNSON, | } |
| CHAPTER 13 TRUSTEE, | } CONTESTED MATTER |
| | } |
| OBJECTOR, | } |
| v. | } |
| FIRST ASSOCIATES LOAN SERVICING, LLC | } |
| FOR CONDOR HOLDCO SECURITIZATION | } |
| TRUST | } |
| CLAIMANT(S) | } |

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM #10**

The Chapter 13 Trustee's Objection to Claim #10 came before this Court at a hearing

held November 29, 2016, at 10:00 a.m. The Trustee's Objection alleged the Claimant's Proof of

Claim was filed past the bar date, in violation of Federal Rules of Bankruptcy Procedure, Rule

3002(c). The Trustee respectfully requested Claim #10 be disallowed in its entirety. As no opposition to the Trustee's Objection was heard at the call of the Court's calendar, it is hereby

ORDERED that the Trustee's Objection is SUSTAINED and that Claim #10 on the Court's Claims Register is DISALLOWED.

The Clerk of Court is directed to serve a copy of this Order on all parties appearing on the attached Distribution List.

**END OF ORDER**

Prepared and Presented by:

\_\_\_\_\_/s/_____
K. Edward Safir
Attorney for the Chapter 13 Trustee
Georgia Bar Number 622149
191 Peachtree Street, N.E., Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
eds@atlch13tt.com

# **DISTRIBUTION LIST**

George Edward Hughes, Jr.
561 Treadwell Road
Chatsworth, GA 30705

Law Office of Jeffrey B. Kelly, PC
107 E. 5th Avenue
Rome, GA 30161

Allen Isabelo
Authorized Agent for Creditor
First Associates Loan Servicing, LLC
c/o Law Office of Gary Holt
2356 Moore Street, Suite 104
San Diego, CA 92110

Mary Ida Townson, Esq.
Chapter 13 Trustee
191 Peachtree Street, N.E., Suite 2200
Atlanta, GA 30303